**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOHN ABRAHAM, | ) | NO. CV 12-858-GW (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DANIEL PARAMO, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Dismissing Petition As Second Or Successive And Denying A Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed, without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATED: February 8, 2012.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE